DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF


MICHAEL WELCH, SBN 111022
Michael We1ch & Associates
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: 916-449-3930
Electronic Mail: mdwelch@mail.com

Attorneys for DEFENDANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>PLAINTIFF,<br><br>v.<br><br>**CALIFORNIA FRESH RESTAURANTS, INC.**, as an entity and dba "Manny's California Fresh Café", and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.: 2:16cv-2998-KJM<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

ORDER GRANTING STIPULATED DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1

## **ORDER**

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: October 16, 2017

_____
UNITED STATES DISTRICT JUDGE